UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL D. NETHERTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-CV-1112 RHH |
| | ) |
| **STATE AUTOMOBILE MUTUAL** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Strike Affirmative Defenses of Defendant State Automobile Mutual Insurance Company or Alternatively, to Require a More Definite Statement, filed August 16, 2024. (ECF No. 10). Plaintiff did not file a memorandum in support of his motion with argument and citations to authorities, as required by the Court's local rules. *See* E.D. Mo. L.R. 4.01(A) ("Unless otherwise directed by the Court, the moving party must file with each motion a memorandum in support of the motion, including any relevant argument and citations to any authorities on which the party relies."). Accordingly, Plaintiff's motion is denied without prejudice to refiling in conformity with the local rules. *See Jimenez v. Ervin*, No. 1:05CV10 CAS, 2005 WL 8176458, at *1 (E.D. Mo. Jul. 29, 2005) (failure to conform with Rule 4.01(A) is sufficient basis for denial).

1


Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Affirmative Defenses of Defendant State Automobile Mutual Insurance Company or Alternatively, to Require a More Definite Statement (ECF No. 10) is **DENIED** without prejudice.

Dated this 3rd day of September, 2024.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE